DANIEL G. BOGDEN
United States Attorney
BRIAN L. SULLIVAN
Assistant United States Attorney
100 West Liberty St., Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff

```
___✓__ FILED          _____ RECEIVED
_____ ENTERED         _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           SEP 1 2 2012

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTHONY A. McKINNEY,<br><br>　　　　　Defendant. | 3:12-CR-0084-LRH-WGC<br><br>INDICTMENT FOR VIOLATION OF:<br><br>TITLE 18, UNITED STATES CODE,<br>SECTION 844(e) - Willfully Making a<br>Threat to Use an Explosive Device |

THE GRAND JURY CHARGES THAT:

On or about June 12, 2012, in the District of Nevada, ANTHONY A. McKINNEY, defendant herein, through the use of a telephone, willfully made a threat to unlawfully damage and destroy a building, namely, the Humboldt County Detention Center, Winnemucca, Nevada, by means of fire and an explosive; all in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian L. Sullivan*
_____
BRIAN L. SULLIVAN
Assistant United States Attorney